NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE HUSNU M. KALKANOGLU AND ROBERT L. JENKINS

---

### 2014-1045

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 12/823,552.

---

## JUDGMENT

---

JOHN F. MCNULTY, Paul & Paul of Philadelphia, Pennsylvania, argued for appellant. With him on the brief was ALEX R. SLUZAS.

ROBERT J. MCMANUS, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy General Counsel for Intellectual Property Law and Solicitor, and JEREMIAH S. HELM, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST,[*] *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 11, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |

---

[*]    Sharon Prost assumed the position of Chief Judge on May 31, 2014.